# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL LEBEDA,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:13-cv-04649 |
| **FIRST CHOICE ASSETS LLC; and DOE 1-5** | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Michael Lebeda and defendant First Choice Assets, LLC have reached a settlement in the above-captioned case. The plaintiff will file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

Date: September 27, 2013         s/ Robert Amador

ROBERT AMADOR, ESQ.
Attorney for Plaintiff MICHAEL LEBEDA
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

1